UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAUL LEE BAKER,<br><br>            Petitioner,<br><br>   v.<br><br>SUPERIOR COURTS OF CALIFORNIA, *et al.*,<br><br>            Respondents. | Case No.  2:24-cv-00476-JDP (HC)<br><br>**ORDER**<br><br>DIRECTING PETITIONER EITHER TO FILE AN APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY THE REQUIRED FILING FEE<br><br>RESPONSE DUE WITHIN THIRTY DAYS |

      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an *in forma pauperis* affidavit or paid the required filing fee ($5.00).  *See* 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed *in forma pauperis* or submit the appropriate filing fee.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed *in forma pauperis* or the appropriate filing fee; petitioner's failure to comply with this order will result in a recommendation that this action be dismissed; and

2. The Clerk of Court is directed to send petitioner a copy of the *in forma pauperis* form used by this district.

IT IS SO ORDERED.

Dated:   February 23, 2024                       /s/ Jeremy Peterson
                                                        JEREMY D. PETERSON
                                                        UNITED STATES MAGISTRATE JUDGE

2