UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAUL LEE BAKER,<br><br>  Plaintiff,<br><br>  v.<br><br>SUPERIOR COURTS OF CALIFORNIA, et al.<br><br>  Defendants. | No. 2:24-cv-00476-DC-JDP (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 19, 21) |

Petitioner Jamaul Lee Baker, a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 14, 2025, the court issued an order dismissing the petition for writ of habeas corpus without prejudice. (Doc. Nos. 16, 17.) On August 25, 2025, Petitioner filed a motion styled as a "request for recall of sentence and resentencing" seeking to recall his sentence under state law. (Doc. No. 19.) On September 2, 2025, the assigned magistrate judge issued findings and recommendations recommending that Petitioner's motion be denied. (Doc. No. 21.) The pending findings and recommendations were served on Plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id*. at 2.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

1

     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

     Accordingly,

1.    The findings and recommendations issued on September 2, 2025 (Doc. No. 21) are ADOPTED in full;
2.    Petitioner's motion to recall sentence (Doc. No. 19) is DENIED; and
3.    This case shall remain closed.

IT IS SO ORDERED.

Dated:   **November 25, 2025**　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　Dena Coggins
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

2